1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

KATRINA LYNN HAMILTON,    )  Case No. CV 12-1227 JCG

12

       Plaintiff,         )

13

     v.               )  **JUDGMENT**

14

MICHAEL J. ASTRUE,

COMMISSIONER OF SOCIAL

15

SECURITY ADMINISTRATION,

16

       Defendant.

17

18

19

     IT IS ADJUDGED that the decision of the Commissioner of the Social

20

Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to

21

sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent

22

with the Court's Memorandum Opinion and Order filed contemporaneously with the

23

filing of this Judgment.

24

25

DATED: November 29, 2012

26

27

                                   Hon. Jay C. Gandhi

28

                        United States Magistrate Judge