1  Denise Bourgeois Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Katrina Lynn Hamilton

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  KATRINA LYNN HAMILTON,            ) Case No.: CV12-1227 DDP JCG
                                      )
12         Plaintiff,                 ) ORDER AWARDING EQUAL
                                      ) ACCESS TO JUSTICE ACT
13     vs.                            ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,  ) U.S.C. § 1920
                                      )
15         Defendant                  )
                                      )
16  _____    )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $4,500.00 as

21  authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by

22  28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

23  DATE:  February 11, 2013

                                    _____
24                                  THE HONORABLE JAY C. GANDHI
                                    UNITED STATES MAGISTRATE JUDGE
25

26

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3       /s/ *Denise Bourgeois Haley*
   _____
4  Denise Bourgeois Haley
   Attorney for plaintiff Katrina Lynn Hamilton

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-